RECEIVED
MAR - 6 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSEPH POWELL | : | DOCKET NO. 16-cv-1654 |
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| MONIQUE MATTHEW, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after a de novo review, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Substitute [doc. 5] be **GRANTED** so that the United States is substituted as sole defendant in this action and that and the Motion to **DISMISS** [doc. 5] be **DENIED**.

**THUS DONE** in Chambers this ___ day of March, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

- 1 -